UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA FRAIZER,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No.  15-cv-02559-JD<br><br>**ORDER TO SHOW CAUSE** |

On May 7, 2015, pro se plaintiff Regina Fraizer filed a complaint against defendants Wells Fargo Bank, N.A., and Martha G. Bronitsky.  Notice of Removal, Dkt. No. 1.  The case was removed to this Court on June 9, 2015.  *See id.*  On June 15, 2015, Wells Fargo filed a motion to dismiss the complaint.  *See* Mot. to Dismiss, Dkt. No. 10.  Ms. Fraizer did not file a response to Wells Fargo's motion within the time period required by Civil Local Rule 7-3.

Ms. Fraizer is ordered to show cause why Wells Fargo's motion to dismiss should not be granted.  Ms. Fraizer's response is due by August 24, 2015.  If Ms. Fraizer no longer intends to prosecute this case, she should file a notice of voluntary dismissal.  *See* Fed. R. Civ. P. 41(a).  Failure to respond to Wells Fargo's motion to dismiss may result in the motion being granted, and the action being dismissed for failure to prosecute.

The hearing on the motion to dismiss, which was set for August 19, 2015, at 10:00 a.m., is vacated.

**IT IS SO ORDERED.**

Dated: August 14, 2015

_____
JAMES DONATO
United States District Judge